UNITED STATES of America,
Plaintiff—Appellee,

v.

Jesus Antonio BORBOA–BUS-
TAMANTE, Defendant—
Appellant.

No. 06–10442.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 8, 2008.*

Filed Sept. 10, 2008.

Bradley Giles, USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Jeffrey G. Buchella, Esq., Tucson, AZ, for Defendant–Appellant.

Before: TASHIMA, SILVERMAN, and N.R. SMITH, Circuit Judges.

## MEMORANDUM **

Jesus Antonio Borboa–Bustamante appeals from the 46–month sentence imposed following his guilty-plea conviction for conspiracy to possess with intent to distribute approximately 292 kilograms of marijuana, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vii), and § 846, and possession with intent to distribute approximately 292 kilograms of marijuana, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Borboa–Bustamante contends that the district court erred when it denied his request for a minor role adjustment, pursuant to U.S.S.G. § 3B1.2. The district court did not abuse its discretion, given Borboa–Bustamante's conduct, the circumstances of his arrest, and the amount he was paid for his services. *See United States v. Davis,* 36 F.3d 1424, 1437 (9th Cir.1994).

Borboa–Bustamante also contends that the district court treated the Sentencing Guidelines range as presumptively reasonable, provided an inadequate 18 U.S.C. § 3553(a) analysis, and failed to consider his departure arguments. The district court did not procedurally err. *See Unit-*

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*ed States v. Carty,* 520 F.3d 984, 994–96 (9th Cir.2008) (en banc).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.